No. 01–8272.  HANEY v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 01–8432.  DUNCAN v. LOUISIANA.  Sup. Ct. La.  Certio-
rari denied.

No. 01–8451.  PHILISTIN v. PENNSYLVANIA.  Sup. Ct. Pa.
Certiorari denied.

No. 01–8780.  EMERSON v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 01–8861.  HAMMONDS v. NORTH CAROLINA.  Sup. Ct. N. C.
Certiorari denied.

No. 01–9024.  STUART v. IDAHO.  Sup. Ct. Idaho.  Certiorari
denied.

No. 01–9456.  MORALES v. VAUGHN, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT GRATERFORD.  C. A. 3d Cir.
Certiorari denied.

No. 01–9465.  JAMES v. MOBILE CITY POLICE DEPARTMENT.
C. A. 11th Cir.  Certiorari denied.

No. 01–9475.  CARROLL v. PFEFFER.  C. A. 8th Cir.  Certio-
rari denied.

No. 01–9479.  HORN v. JONES, WARDEN, ET AL.  C. A. 11th Cir.
Certiorari denied.

No. 01–9482.  GIBBS v. SNYDER, WARDEN, ET AL.  C. A. 3d
Cir.  Certiorari denied.

No. 01–9484.  HENLEY v. STEGALL, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 01–9485.  GIBBS v. SHANNON, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT MAHANOY.  C. A. 3d Cir.  Cer-
tiorari denied.

No. 01–9488.  HOLLEY v. MITCHEM, WARDEN, ET AL.  C. A.
11th Cir.  Certiorari denied.

No. 01–9490.  ADAM v. HAWAII.  Int. Ct. App. Haw.  Certio-
rari denied.